SPENCER R. HILL et al., Appellants, *v.* THE INTERNATIONAL PRODUCTS COMPANY et al., Defendants, and GUARANTY TRUST COMPANY OF NEW YORK, as Executor of and Trustee under the Will of THEODORE N. VAIL, Deceased, Respondent.

*Appeal — order reversing order denying motion to set aside summons and granting motion not appealable as of right to Court of Appeals.*

Hill v. *International Products Co.*, 198 App. Div. 591, appeal dismissed.

(Argued January 9, 1922; decided January 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1921, which reversed an order of Special Term denying a motion to vacate the service of the summons herein and granted said motion; also motion to dismiss said appeal on ground that the order appealed from was not a final order within the meaning of section 190 of the Code of Civil Procedure and permission to appeal had not been obtained.

*Samuel Seabury, John Z. Lowe* and *George Trosk* for appellants.

*Edward L. Blackman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.